# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-2091
_____

STEVE L. STANALAND, JR.,

    Appellant,

    v.

STATE OF FLORIDA, and RICHARD
COMERFORD, Secretary, FLORIDA
DEPARTMENT OF CORRECTIONS,
et al.,

    Appellees.

_____

On appeal from the Circuit Court for Taylor County.
Gregory Parker, Judge.

August 14, 2026

PER CURIAM.

    AFFIRMED.

OSTERHAUS, C.J., and NORDBY and NEFF, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Steve L. Stanaland, Jr., pro se, Appellant.

James Uthmeier, Attorney General, and Anne C. Conley, Assistant Attorney General, Tallahassee, for Appellees.